| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 96-7 and 96-10 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Frank Warfield | DISTRICT EASTERN DISTRICT OF KENTUCKY | DIVISION Frankfort |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Joseph M. Hood | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/7/2008 — TO 4/6/2013 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine Base

Accessory after the Fact (Carjacking/murder)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western Kentucky upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/18/09
Date

/s/ Joseph M. Hood
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/26/09
Effective Date

/s/ Thomas B. Russell
United States District Judge